United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT A, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.　19-cv-03101-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 52 |

　　　　Pursuant to the Court's Order Dismissing Case for Failure to Exhaust, Judgment is accordingly entered.

Dated:　February 5, 2020　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　By: Jean M. Davis, Deputy Clerk